BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ROSALES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00548 LHK |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| JORGE ROSALES-AGUILAR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Defendant Jorge Rosales-Aguilar, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Carolyne Sanin, hereby stipulate that, with the Court's approval, the status hearing currently set for Wednesday, November 16, 2011, at 10:00 a.m., shall be continued to Wednesday, January 18, 2012, at 10:00 a.m.

The reason for the requested continuance is the government advised defense counsel sometime ago that Mr. Jorge Rosales-Aguilar is ineligible for the fast-track early disposition program due to the nature of a prior conviction he sustained.  The government has provided discovery that includes Mr. Rosales-Aguilar's immigration file and audio recording of his prior

1  deportation proceedings, and a proposed non-fast-track disposition.  Defense counsel's review of
2  Mr. Rosales-Aguilar's immigration file and deportation proceedings, including legal research to
3  determine whether a defense motion to challenge his prior deportation may be brought, and
4  defense counsel's investigation, is not yet complete.  Based on the foregoing, the defense
5  requires additional time to effectively prepare, and therefore respectfully requests a continuance
6  of the status hearing date to January 18, 2012.
7       The parties agree that the time between November 16, 2011, and January 18, 2012, may
8  be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
9  preparation by both counsel.
10
11 Dated:  November 9, 2011
                                            _____/s/_____
12                                          VARELL L. FULLER
                                            Assistant Federal Public Defender
13
14 Dated:  November 9, 2011                 _____/s/_____
                                            CAROLYNE SANIN
15                                          Special Assistant United States Attorney
16
17                                **[PROPOSED] ORDER**
18       GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
19 ORDERED that the hearing currently set for Wednesday, November 16, 2011, shall be
20 continued to Wednesday, January 18, 2012, at 10:00 a.m.
21       THE COURT FINDS that failing to exclude the time between November 16, 2011, and
22 January 18, 2012, would unreasonably deny the defendant reasonable time necessary for
23 effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§
24 3161(h)(7)(B)(iv).
25       THE COURT FINDS that the ends of justice served by excluding the time between
26 November 16, 2011, and January 18, 2012, from computation under the Speedy Trial Act

Stipulation and [Proposed] Order Continuing
Hearing                                     2

1  outweigh the interests of the public and the defendant in a speedy trial.

2      THEREFORE, IT IS HEREBY ORDERED that the time between November 16, 2011,

3  and January 18, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.

4  § 3161(h)(7)(A) and (B)(iv).

5      IT IS SO ORDERED.

6  Dated:    11/9/11

                                             THE HONORABLE LUCY H. KOH
                                             United States District Judge